Hall, Judge.
 

 Slight mistakes in offering evidence to a jury, and in the examination of witnesses, particularly when not objected to at the time, are not, generally, sufficient reasons for setting aside verdicts, upon objections taken for the first time after the verdicts are recorded.
 

 - In the present case however, it docs not appear that any mistake lias happened. The note was read for no other purpose than to fix the time, from its date, when
 
 Elrod
 
 took possession of the land for which this suit is brought, in order to make out a seven years possession. The note was given by
 
 Elrod
 
 in the year 1800, and its execution proved by the subscribing witness. It cannot be believed that it was
 
 then
 
 given by Elrod, to furnish evidence
 
 at this
 
 day, that
 
 Elrod
 
 was.tenant.-of the land
 
 *262
 
 at that time. The strong presumption is otherwise. Í admit that an acknowledgment of the note by
 
 Elrod
 
 of recent date would not be sufficient.
 

 I think there is not the smallest pretence for granting á new trial.
 

 Per Curiam — Judgment aeeirmeb.